UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     MY 2011 Grand LLC | Case no.  19-23957 (RDD) |
|                             Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     S&B Monsey LLC | Case no.  19-23959 (RDD) |
|                             Debtor. | |

------------------------------------------------------------x

## ORDER DIRECTING JOINT ADMINISTRATION

Upon the motion, dated November 14, 2019 (the "Motion") of MY 2011 Grand LLC and its affiliate, S&B Monsey LLC, as debtors and debtors in possession (together, the "Debtors"), seeking entry of an order under Fed. R. Bankr. P. 1015 administratively consolidating their respective chapter 11 cases for procedural purposes only and providing for their joint administration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motion and the opportunity for a hearing thereon, there being no objections to the requested relief; and no additional notice or hearing being required; and, after due deliberation, the Court determined that the joint administration of the Debtors' chapter 11 cases on the terms of this order is warranted and that such relief is in the best interests of the Debtors, their estates and creditors; now, therefore, it is hereby

**ORDERED THAT t**he Motion is granted as set forth below.

1. These Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-23957 (RDD).

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' Chapter 11 cases

3. The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                Chapter 11

    MY 2011 Grand LLC, *et al*,1                  Case No. 19-23957 (RDD)
                                                    Jointly Administered
                        Debtors.
-----------------------------------------------------------x

1. . The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070)

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the joint administration of the Chapter 11 cases of MY 2011 Grand LLC, Case No. 19-23957 (RDD) and S&B Monsey LLC, Case No. 19-23959 (RDD)
>
> All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of MY 2011 Grand LLC, Case no. 19-23957 (RDD).

5. Notwithstanding anything to the contrary contained herein, proofs of claim against each particular Debtor shall bear the case name and case number of the applicable Debtor and shall be filed and docketed in the individual case of the applicable Debtor.

6. Monthly operating reports shall be filed on a consolidating (not consolidated) basis. These reports shall contain on a consolidating basis the information required for each debtor that tracks and breaks out all of the specific information, e.g. receipts, disbursements, profit and loss statements, balance sheets and other required information on a debtor-by-debtor basis.

Dated: White Plains, New York
April 3, 2020

                                                           */s/Robert D. Drain*
                                               UNITED STATES BANKRUPTCY JUDGE